Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Sandy G. Self, et al.,<br><br>Defendant. | CASE NO. CV 09-0289 LJO-DLB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SANDY G. SELF A/K/A SANDY GARCIA SELF individually and d/b/a SANDY'S PLACE |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant SANDY G. SELF A/K/A SANDY GARCIA SELF, individually and d/b/a SANDY'S PLACE that the above-entitled action is hereby dismissed **without prejudice** against SANDY G. SELF A/K/A SANDY GARCIA SELF, individually and d/b/a SANDY'S PLACE to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 15, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

**STIPULATION OF DISMISSAL**
**CV 08-0289 LJO**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 3, 2009
s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: April 15, 2009
s/ Thomas P. Riley
**WILD, CARTER & TIPTON**
By: Amy R. Lovergren-Tipton
Attorneys for Defendant
SANDY G. SELF A/K/A SANDY GARCIA SELF, individually and d/b/a SANDY'S PLACE

**IT IS SO ORDERED**: The Clerk of the Court is directed to close this action.

Dated: April 20, 2009
_/s/ Lawrence J. O'Neill___

**The Honorable Lawrence J. O'Neill**
**United States District Court**
**Eastern District of California**